Circuit Court for Prince George's County
Case No. C-16-CV-24-000961

IN THE SUPREME COURT

OF MARYLAND

Petition No. 309

September Term, 2024

_____

KEVIN BOWLER

v.

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY

_____

Fader, C.J.,
Watts,
Booth,
Biran,
Gould,
Eaves,
Killough,

JJ.

_____

PER CURIAM ORDER

_____

Filed: December 19, 2025

Pursuant to the Maryland Uniform Electronic Legal
Materials Act (§§ 10-1601 et seq. of the State
Government Article) this document is authentic.



Gregory Hilton, Clerk

| | | |
|---|---|---|
| KEVIN BOWLER | * | IN THE |
| | * | SUPREME COURT |
| v. | * | OF MARYLAND |
| | * | |
| STATE FARM MUTUAL | | Petition No. 309 |
| AUTOMOBILE INSURANCE | * | September Term, 2024 |
| COMPANY | | |
| | * | (Cir. Ct. No. C-16-CV-24-000961) |

O R D E R

In consideration of the record in this case, the petition for writ of certiorari, the answer to the petition, and in light of the Court's recent decision in *Bowens v. State Farm Auto. Ins. Co.*, ___ Md. ___, No. 10, Sept. Term, 2025 (Nov. 24, 2025), it is this 19th day of December 2025, by the Supreme Court of Maryland,

ORDERED that the petition for writ of certiorari is granted; and it is further

ORDERED that the judgment of the Circuit Court for Prince George's County is vacated and the case is remanded to that court with instructions to vacate the judgment of the District Court of Maryland entered on May 24, 2024 and to remand the case to the District Court for further proceedings consistent with this Court's opinion in *Bowens*.



    /s/ Matthew J. Fader
        Chief Justice